IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
JUL - 6 2017
Clerk, US District Court
District of Montana - Billings

SCOTT R. WOLFE,

Plaintiff,

vs.

BNSF RAILWAY COMPANY, a Delaware corporation,

Defendant.

CV 09-166-BLG-SPW

ORDER

Upon the parties' Stipulation for Dismissal With Prejudice (Doc. 158), by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WIH PREJUDICE**, without costs or attorney's fees to any party.

DATED this 6th day of July, 2017.

SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1